IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Larry Lee Carruth                                                                                           PLAINTIFF

vs                                                             CIVIL ACTION NO. 3:14cv507-WHB-RHW

JVT Advisors, *et al.*                                                                                  DEFENDANTS

## ORDER STAYING PROCEEDINGS

This cause comes before the court on the defendants having raised the issue of qualified immunity in the above-styled cause.  Rule 16(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi provides:

> an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal

This case is therefore stayed pursuant to the Local Rules, including any currently scheduled case management conference, and is assigned to the suspension track.  All matters related to the issue of qualified immunity, dispositive and nondispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific qualified immunity issues to the Magistrate Judge for resolution or recommendation.

The plaintiff shall promptly notify the magistrate judge by letter of the entry of any order denying the Motion for Qualified Immunity and shall submit a proposed order lifting the stay.  Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in Local Rule 26(e) and comply with the required deadlines.  See Local Rule 16(b)(3)(D).  A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.  The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

ORDERED, this 7th day of October, 2014.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE