# MALISSA WILSON

**From:** MALISSA WILSON
**Sent:** Wednesday, October 08, 2014 9:03 AM
**To:** Nick Norris (nick@watsonnorris.com)
**Cc:** Cliff Johnson (cjohnson@pjlawyers.com)
**Subject:** FW: Activity in Case 3:14-cv-00507-WHB-RHW Carruth v. JVT Advisors et al Notice of Hearing

Nick, in light of the notice of hearing below, I would like to discuss with you any claimed need for "immunity-related" discovery.

**From:** cmecfhelpdesk@mssd.uscourts.gov [mailto:cmecfhelpdesk@mssd.uscourts.gov]
**Sent:** Tuesday, October 07, 2014 11:24 AM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 3:14-cv-00507-WHB-RHW Carruth v. JVT Advisors et al Notice of Hearing

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**

### Notice of Electronic Filing

The following transaction was entered on 10/7/2014 at 11:23 AM CDT and filed on 10/7/2014
**Case Name:**      Carruth v. JVT Advisors et al
**Case Number:**    3:14-cv-00507-WHB-RHW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE of Hearing: Telephone Conference set for 10/17/2014 09:30 AM to establish a scheduling order regarding Qualified Immunity before Magistrate Judge Robert H. Walker. Plaintiff will place the telephone call to Judge Walker's chambers with all necessary counsel on the line. (SR)**

**3:14-cv-00507-WHB-RHW Notice has been electronically mailed to:**

Cliff Johnson    cjohnson@pjlawyers.com, amcrae@pjlawyers.com



1

Louis H. Watson , Jr     louis@watsonnorris.com, linda@watsonnorris.com

Malissa Wilson     mwinf@ago.state.ms.us, ntr20@ago.state.ms.us

Robert Nicholas Norris     nick@watsonnorris.com, nicknorris@gmail.com

**3:14-cv-00507-WHB-RHW Notice has been delivered by other means to:**