IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

LARRY L. CARRUTH                                                                  PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:14-CV-507-WHB-RHW

JVT ADVISORS,
MORPHOTRUST USA, INC.,
and ALBERT EARL SANTA CRUZ, IN HIS INDIVIDUAL CAPACITY          DEFENDANTS

## GOOD FAITH CERTIFICATE

Undersigned counsel certifies that she has attempted to confer in good faith with Plaintiff's

counsel to resolve the issues in question and that it is necessary for Defendant Albert Santa Cruz to

file its "Motion for Protective Order" and to request that this Court postpone the October 17, 2014

telephonic conference to establish a scheduling order regarding qualified immunity.

RESPECTFULLY SUBMITTED, this the 8th day of October, 2014.

MISSISSIPPI DEPARTMENT OF HUMAN
SERVICES, Defendant

BY:   JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI

BY:        s/ Malissa Wilson
MALISSA WILSON, MB No. 100751
SPECIAL ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi  39205-0220
Telephone: (601) 359-3824
Facsimile:  (601) 359-2003
mwils@ago.state.ms.us

EXHIBIT "B"