IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LARRY L. CARRUTH**                                                                        **PLAINTIFF**

V.                                                      CIVIL ACTION NO. 3:14-cv-507 WHB-RHW

**JVT ADVISORS**
**MORPHOSTRUST USA, INC.**
**ALBERTA SANTA CRUZ, IN HIS**
**INDIVIDUAL CAPACITY**                                                                **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the *ore tenus* motion of all parties to dismiss this matter with prejudice. The Court, being fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter is fully and finally dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO ORDERED, ADJUDGED, AND DECREED this the 16th day of December, 2014.


                                              s/William H. Barbour, Jr._____
                                              UNITED STATES DISTRICT JUDGE


**AGREED:**


 /s/ Louis H. Watson, Jr.
Louis H. Watson, Jr. (MSBN 9053)
Nick Norris (MSBN 101574)
Attorneys for Plaintiff

*/s/ Malissa Wilson*
Malissa Wilson (MSBN 100751)
Special Assistant Attorney General
Attorney for Defendant Santa Cruz


*/s/ J. Cliff Johnson, II*
J. Cliff Johnson, II (MSBN 9383)
Attorney for Defendant MorphoTrust USA, Inc.


*/s/ Graham P. Carner*
Graham P. Carner (MSBN 101523)
Attorney for Defendant JVT Advisors